IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| NOEL BOONE, etc., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. |
| | ) | 3:01cv445-MHT |
| HEALTH STRATEGIES, INC., | ) | (WO) |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| | | |
| PAMELA INGRAM, etc., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. |
| | ) | 3:01cv446-MHT |
| HEALTH STRATEGIES, INC., | ) | (WO) |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| | | |
| GLENN BRITTON, etc., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. |
| | ) | 3:01cv447-MHT |
| HEALTH STRATEGIES, INC., | ) | (WO) |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

```
JANET MATTHEWS,                )
                               )
     Plaintiff,                )
                               )
     v.                        )   CIVIL ACTION NO.
                               )   3:01cv448-MHT
HEALTH STRATEGIES, INC.,       )        (WO)
et al.,                        )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that these lawsuits are dismissed.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of August, 2007.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE